# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>LAMONT D. WALKER,<br>DOB xx/xx/1986<br>*Defendant(s)* | )<br>)<br>) Case No. 18-M-144<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 22, 2018__ in the county of __Milwaukee__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1951(a) | Attempted Hobbs Act robbery |
| Title 18, United States Code, Section 924(c) | Use, carrying, and brandishing of a firearm during and in relation to a crime of violence |
| Title 18, United States Code, Sections 922(g) and 924(a)(2) | Felon in posession of a firearm |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI TFO Matthew Gibson
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug. 23, 2018

_____
*Judge's signature*

City and state: Milwaukee, Wisconsin

Honorable David E. Jones, Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Matthew Gibson, being first duly sworn on oath, on information and belief state:

## I. INTRODUCTION, BACKGROUND, TRAINING, AND EXPERIENCE

1. I have over 25 years of experience as a law enforcement officer and am currently assigned to the Milwaukee FBI Violent Crime Task Force as a Deputized Federal Task Force Officer. I was a Special Agent with the Federal Bureau of Investigation for over 23 years and have been an Investigator with the Milwaukee County District Attorney's Office since June of 2015. I have participated in numerous complex narcotics, money laundering, violent crime, armed bank robbery, and armed commercial robbery investigations in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846, and Title 18, United States Code, Sections 924(c), 1951, 1956, 1957, 2113, and other related offenses. I have employed a wide variety of investigative techniques in these and other investigations, including but not limited to, the use of informants, wiretaps, cooperating defendants, recorded communications, search warrants, surveillance, interrogations, public records, DNA collection, and traffic stops. I have also received formal training regarding the same. As a Federal Task Force Officer, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. Based on the investigation to date, I believe there is probable cause that on August 22, 2018, Lamont D. Walker (DOB XX/XX/1986) committed the attempted armed robbery of the Walgreens store located at 2826 North Martin Luther King Drive, Milwaukee, WI, in violation of Title 18, United States Code, Sections 1951(a) (Hobbs Act robbery) and 924(c) (use of a firearm during a crime of violence), and possessed a firearm after having been convicted of a felony, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2) (felon in possession of a firearm).

3. This affidavit is based upon my personal knowledge, my training and experience, and on information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. This affidavit is also based upon police reports, official records, cooperating citizen witness statements, consent searches, business records, search warrants, recorded statements, law enforcement surveillance, surveillance video, text messages, social media, court records, telephone records, and public records which I consider to be reliable as set forth herein.

4. Because this affidavit is submitted for the limited purpose of obtaining a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have attempted to set forth only the facts that I believe are pertinent to establishing the necessary foundation for the complaint and corresponding arrest warrants.

## II. PROBABLE CAUSE

5. On August 22, 2018, at approximately 7:43 a.m., an armed and masked subject entered the front entrance of the Walgreens store located at 2826 North Martin Luther King Drive, Milwaukee, WI. The Walgreens store is involved in interstate and foreign commerce and the attempted robbery discussed herein affected interstate commerce. The employee at the cash register located near the front entrance saw the subject with a skull cap pulled over his face and armed with a handgun. The employee knew the subject was going to rob the store. The employee called to a second employee at the photo counter as she jumped over the cash register counter and ran to the rear of the store.

6. After hearing the first employee, the employee at the photo counter turned toward the front entrance and saw the masked subject walk between the two cash register counters. The subject walked around a display and walked behind the cash register counter. The second employee saw the subject holding a black handgun in his right hand while he was behind the northern cash

2

register counter. The subject looked up and saw that no one was at the cash register. The subject ran out of the store and headed southbound on Martin Luther King Drive. The subject was described as a black male, wearing dark clothing, and armed with a black handgun.

7.  A citizen witness observed the subject outside of the Walgreens and followed him. The citizen flagged down a Milwaukee Police Department squad car and advised them of the direction the subject fled. The citizen witness took a cell phone video of the subject. With the citizen's assistance, officers identified the subject walking south in the 2300 block of Martin Luther King Drive wearing the same clothing reportedly worn by the robbery subject. Officers gave commands to stop at which time the subject ran south and then west on North Avenue. As the subject fled, officers observed the subject holding a firearm and carrying a black jacket. The subject threw a handgun onto the roof of Pete's Fruit Market, located at 2323 North Martin Luther King Drive. The suspect discarded the jacket over a fence in the alley behind Pete's Market. The subject was arrested in the alley behind Pete's Fruit Market and identified as Lamont D. Walker (DOB XX/XX/1986).

8.  The firearm was recovered on the roof of Pete's Market and identified as a Jimenez Arms model JA9 9mm semi-automatic serial number 329804, with 13 .380 rounds of ammunition in the magazine. This firearm was manufactured outside the state of Wisconsin and had previously been transported in interstate commerce. The black jacket was recovered on the other side of the fence of Pete's Fruit Market.

9.  Surveillance video was collected from the victim Walgreens store and Pete's Fruit Market. The black jacket, pants, and shoes worn by Walker appeared to be the same as the clothing worn by the robbery subject. Surveillance video from the Walgreens depicted the subject brandishing a black handgun inside the store. Surveillance video from Pete's Market captured

3

Walker running west on North Avenue and throwing the firearm, wearing a white skull cap, and holding a black jacket in his left hand.

11. Lamont D. Walker (DOB XX/XX/1986) was previously convicted in Milwaukee County Circuit Court case number 2007CF004250 of five counts of Robbery with Use of Force, and was prohibited from possessing a firearm. Walker was on extended supervision in that case at the time of the aforementioned Walgreens attempted robbery. In addition, Walker was previously convicted of felony Theft-Movable Property > $10,000 in Milwaukee County Circuit Court case number 2005CF001718, and Take and Drive Vehicle w/o Consent in Milwaukee County Circuit Court case number 2003CF007232.

## III. CONCLUSION

11. Based on the investigation to date, I believe there is probable cause that Lamont D. Walker committed the attempted armed robbery of Walgreens, 2826 North Martin Luther King Drive, Milwaukee, WI, on August 22, 2018, in violation of Title 18, United States Code, Sections 1951(a) (Hobbs Act robbery) and 924(c) (use of a firearm during a crime of violence), and possessed a firearm after having been convicted of a felony, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2) (felon in possession of a firearm).